## Wagner Unemployment Compensation Case.

Argued September 15, 1964. *Ferdinand R. Wagner,* appellant, in propria persona, submitted a brief;

*Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.